IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ABENTINO OCHOA TACZA, | ) | |
| | ) | |
| Petitioner, | ) | |
| v. | ) | |
| | ) | Case No. 3:25-cv-246 |
| LEONARD ODDO, *in His Official* | ) | Judge Stephanie L. Haines |
| *Capacity as the Facility Administrator of the* | ) | |
| *Moshannon Valley Processing Center, et al.,* | ) | |
| | ) | |
| Respondents. | ) | |

## MEMORANDUM ORDER

Pending before the Court is Petitioner Abentino Ochoa Tacza's ("Mr. Tacza") "Suggestion of Mootness[.]" (ECF No. 41). Therein, he represents that, on "November 7, 2025, he won his immigration case and was granted cancellation of removal, and he was released from the Moshannon Valley Detention Center[.]" (*Id.*). Accordingly, he "believes that the present action is now likely moot." (*Id.*).

As a general matter, a "habeas corpus petition [] becomes moot when a [detainee] is released from custody because the petitioner has received the relief sought." *Abreu v. Superintendent Smithfield SCI*, 971 F.3d 403, 406 (3d Cir. 2020); *see also Nunes v. Decker*, 480 F. App'x 173, 175 (3d Cir. 2012) (finding that immigration detainee's appeal was moot where ICE had released the detainee from detention). Because Petitioner himself has filed a "Suggestion of Mootness" in this case, the Court readily finds that his Amended Petition (ECF No. 16) is in fact moot. The Court therefore enters the following Order:

## ORDER

AND NOW this 1st day of December, 2025, IT IS HEREBY ORDERED that Petitioner's Amended Petition at ECF No. 16 is DISMISSED AS MOOT. The Clerk of Court shall terminate all pending filings and mark this case Closed.

BY THE COURT:

STEPHANIE L. HAINES
UNITED STATES DISTRICT JUDGE