IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ABENTINO OCHOA TACZA** | ) |
| | ) Civil Action No. 3:25-cv-000246-SLH-KT |
| Petitioner, | ) |
| | ) |
| vs. | ) |
| | ) |
| **LEONARD ODDO** ET AL. | ) |
| | ) |
| Respondents. | ) |

## ORDER FOR THE RETURN OF CASH BOND

AND NOW, this 22nd day of January 2026, pursuant to the Memorandum Order to Dismiss the Petitioner's Amended Petition at ECF No. 16 as Moot and instruction to the Clerk of Court to terminate all pending filings and mark the case Closed on 12/01/2025 at ecf no. 42,

IT IS HEREBY ORDERED and DIRECTED that the Clerk of Court of the Western District of Pennsylvania return the cash bond held in the local Registry in the amount of **$1.00** to:

**James D Jenkins**
**PO Box 6373**
**Richmond, VA 23230**

Jennifer M. Tully
Prepared by

_____
United States District Judge